**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

RICHARD POTTS,

    Petitioner,

    v.

DAVID J. EBBERT,

    Respondent.

CIVIL ACTION NO. 3:CV-12-1355

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this 28th day of September, 2012, **IT IS HEREBY ORDERED** that Magistrate Judge Carlson's Report and Recommendation (Doc. 5) to Petitioner Richard Potts' Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is **ADOPTED in part and REJECTED in part**.

(1) The recommendation to dismiss the Petition for lack of jurisdiction is **ADOPTED**.

(2) The recommendation to transfer the Petition to the United States District Court for the Eastern District of Pennsylvania is **REJECTED**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge