# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD POTTS,<br><br>    Petitioner,<br><br>    v.<br><br>DAVID J. EBBERT,<br><br>    Respondent. | CIVIL ACTION NO. 3:CV-12-1355<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE CARLSON) |

## ORDER

**NOW**, this 28th day of September, 2012, **IT IS HEREBY ORDERED** that Magistrate Judge Carlson's Report and Recommendation (Doc. 5) to Petitioner Richard Potts' Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is **ADOPTED in part and REJECTED in part**.

    (1)    The recommendation to dismiss the Petition for lack of jurisdiction is **ADOPTED**.

    (2)    The recommendation to transfer the Petition to the United States District Court for the Eastern District of Pennsylvania is **REJECTED**.

    (3)    The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge